UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONNY TUGGLE**

**VERSUS**

**MMR-AEI CONSTRUCTORS, INC.**

**CIVIL ACTION**

**NO. 08-62-FJP-CN**

# ORDER

Considering Plaintiff's counsel's response to the Court's show cause order, and the Court finding that good cause has been shown;

**IT IS ORDERED** that no sanctions will be imposed and the parties shall submit a joint status report no later than **Monday, July 7, 2008**, in accordance with the Court's Order of February 12, 2008 (Dkt. # 3).

Signed in chambers in Baton Rouge, Louisiana, June 19, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**